UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-80705-CV-MIDDLEBROOKS/Reid

TED EVAN DOUGHTY,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT

THIS CAUSE comes before the Court on Magistrate Judge Lisette Reid's Report (DE 13), recommending denial of Petitioner Ted Evan Doughty's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 (DE 1).

Judge Reid's Report was issued on January 26, 2021. (DE 13). Objections were due on February 9, 2021. On February 23, 2021, Petitioner moved for an extension of time to file his objections, citing his illness due to COVID-19 and also pandemic-related lock-downs at his prison which hindered his access to legal materials. (DE 14). I granted an extension of 30 days, until April 1, 2021. (DE 15). It is now three weeks past the extended deadline, and Petitioner has not filed objections nor sought an additional extension of time.

Upon review of the Report and the record as a whole, I agree with Magistrate Judge Reid's conclusion that the petition in this case should be denied, and that no certificate of appealability should issue. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Reid's Report (DE 13) is hereby **ADOPTED**.

(2) Ted Evan Doughty's *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 (DE 1) is **DENIED**.

(3) No evidentiary hearing is warranted.

(4) No certificate of appealability shall issue.

(5) Final judgment will be entered by separate order.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 22nd day of April, 2021.

Donald M. Middlebrooks
United States District Judge

Copies to:   Counsel of Record;
Ted Evan Doughty, PRO SE
11715-171
Terre Haute-USP
United States Penitentiary
Inmate Mail/Parcels
Post Office Box 33
Terre Haute, IN 47808

2